UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:  Bankr. Case No. 17-23999-GLT-13

EDWARD PETERSON and ZEPHER R. STROUD  Chapter 13
    Debtor(s)

## REQUEST FOR NOTICE

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

    Americredit Financial Services, Inc. dba GM Financial
    PO Box 183853
    Arlington, TX  76096

By /s/ Mandy Youngblood

Mandy Youngblood
PO Box 183853
Arlington, TX  76096
877-203-5538
877-259-6417
Customer.service.bk@gmfinancial.com

**Certificate of Service**

This Request for Notice was sent via first class mail to or served electronically on the following individuals on October 18, 2017 :

    MICHAEL S GEISLER                              Ronda Winnecour
    201 PENN CENTER BLVD                   600 Grant Street
    PITTSBURGH, PA  15235                  Suite 3250 USX Tower
                                                 Pittsburgh, PA 15219

                                                 By  /s/ Mandy Youngblood
                                                      Mandy Youngblood

xxxxx28847 / 939675