**Form RSC13**

# United States Bankruptcy Court

### WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 17−23999−GLT**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

| | |
|---|---|
| Edward Peterson | Zepher R. Stroud |
| 435 MacFarlane Drive | 435 MacFarlane Drive |
| Pittsburgh, PA 15235 | Pittsburgh, PA 15235 |

Social Security No.:
xxx−xx−5954                                     xxx−xx−0416

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Michael S. Geisler | Ronda J. Winnecour |
| 201 Penn Center Blvd., Suite 524 | Suite 3250, USX Tower |
| Pittsburgh, PA 15235 | 600 Grant Street |
| Telephone number: 412−613−2133 | Pittsburgh, PA 15219 |
| | Telephone number: 412−471−5566 |

| DATE/TIME/LOCATION OF MEETING OF CREDITORS | CONFIRMATION HEARING DATE/TIME/LOC |
|---|---|
| January 22, 2018 | January 22, 2018 |
| 01:00 PM | 01:00 PM |
| 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 | 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 |

**ON AFFIDAVIT OF DEFAULT BY CHAPTER 13 TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 12/6/17                                     BY THE COURT

                                                   Gregory L. Taddonio
                                                   Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Edward Peterson  
Zepher R. Stroud  
    Debtors

Case No. 17-23999-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: mgut     Page 1 of 2     Date Rcvd: Dec 06, 2017  
                        Form ID: rsc13    Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2017.

```
db/jdb         +Edward Peterson,    Zepher R. Stroud,    435 MacFarlane Drive,    Pittsburgh, PA 15235-4217
cr             +Penn Hills School District,    c/o Maiello Brungo & Maiello, LLP,    100 Purity Road,  Suite 3,
                 Pittsburgh, PA 15235-4441
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14719222       ++AMERICREDIT FINANCIAL SERVICES DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                (address filed with court:  AmeriCredit Financial Services, Inc.,     dba GM Financial,
                 P O Box 183853,    Arlington, TX 76096)
14704963        Duquesne Light Company,    c/o Peter J. Ashcroft, Esquire,    Bernstein-Burkley, P.C.,
                 Suite 2200, Gulf Tower,    Pittsburgh, PA 15219-1900
14704964        ECMC,    P.O. Box 16408,    Saint Paul, MN 55116-0408
14704965       +James A. Prostko, Esquire,    Phelan, Hallinan, Diamond & Jones, LLP,
                 Omni William Penn Office Tower,    555 Grant Street, Suite 300,    Pittsburgh, PA 15219-4408
14704966       +Joseph P. Schalk, Esquire,    Phelan, Hallinan, Diamond & Jones, LLP,
                 Omni William Penn Office Tower,    555 Grant Street, Suite 300,    Pittsburgh, PA 15219-4408
14704969       +Penn Hills SD/ Mun. of Penn Hills,    c/o Maiello, Brungo & Maiello, LLP,
                 100 Purity Road, Suite 3,    Pittsburgh, PA 15235-4441
14704970        Peoples Natural Gas Company,    P.O. Box 535323,    Pittsburgh, PA 15253-5323
14719576       +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 North Lincoln Avenue,
                 Pittsburgh, PA 15233-1828
14704974        S. James Wallace, Esquire,    845 N. Lincoln Avenue,    Pittsburgh, PA 15233-1828
14704976       +Wells Fargo Bank, N.A.,    Customer Service Correspondence,    PO Box 10335,    MAC: X2302-017,
                 Des Moines, IA 50306-0335
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 07 2017 01:41:53      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
14704961       +E-mail/Text: ally@ebn.phinsolutions.com Dec 07 2017 01:41:24      Ally Financial,    P.O. Box 951,
                 Horsham, PA 19044-0951
14704967        E-mail/PDF: resurgentbknotifications@resurgent.com Dec 07 2017 01:50:44
                 LVNV Funding, LLC, its successors and,    assignees as assignee of FNBM, LLC,
                 c/o Resurgent Capital Services,    P.O. Box 10587,    Greenville, SC 29603-0587
14704968        E-mail/Text: musaauto_bknotice@musaauto.com Dec 07 2017 01:42:10      MarkOne Financial,
                 P.O. Box 550870,    Jacksonville, FL 32255-0870
14704971        E-mail/Text: blegal@phfa.org Dec 07 2017 01:42:06      PHFA/HEMAP,    211 North Front Street,
                 P.O. Box 8029,    Harrisburg, PA 17105
14704972        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 07 2017 01:50:46
                 Portfolio Recovery Associates, LLC,    P.O. Box 12914,    Norfolk, VA 23541
14704973        E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Dec 07 2017 01:45:06      Regional Acceptance Corporation,
                 P.O. Box 1847,    Wilson, NC 27894-1847
14704975        E-mail/Text: appebnmailbox@sprint.com Dec 07 2017 01:41:58      Sprint Corp.,
                 Attn: Bankruptcy Dept.,    P.O. Box 7949,    Overland Park, KS 66207-7949
                                                                                              TOTAL: 8
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
cr              Duquesne Light Company
cr              Nationstar Mortgage LLC d/b/a Mr.Cooper
14704962*      ++AMERICREDIT FINANCIAL SERVICES DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                (address filed with court:  Americredit Financial Services, Inc.,     P.O. Box 183853,
                 Arlington, TX 76096)
14724132*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court:  Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541)
                                                                                   TOTALS: 2, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-2         User: mgut              Page 2 of 2           Date Rcvd: Dec 06, 2017
                             Form ID: rsc13          Total Noticed: 21
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 6, 2017 at the address(es) listed below:
              Allison L. Carr    on behalf of Creditor    Duquesne Light Company acarr@bernsteinlaw.com,
               acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com
              James  Warmbrodt     on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr.Cooper
               bkgroup@kmllawgroup.com
              Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District jlc@mbm-law.net
              Michael S. Geisler    on behalf of Debtor Edward  Peterson m.s.geisler@att.net,
               msgeis@yahoo.com;michaelgeisler13@gmail.com
              Michael S. Geisler    on behalf of Joint Debtor Zepher R. Stroud m.s.geisler@att.net,
               msgeis@yahoo.com;michaelgeisler13@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 8
```