Case 17-23999-GLT    Doc 35    Filed 12/17/17    Entered 12/18/17 00:45:54    Desc Imaged
Certificate of Notice    Page 1 of 3

FILED
12/15/17 12:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Chapter 13 |
| EDWARD PETERSON, and ZEPHER R. STROUD, *Debtors* | Case No. **17-23999-GLT** |
| | Related to Docket No. 27 |
| EDWARD PETERSON, and ZEPHER R. STROUD, *Movants,* vs | Filed under Section 362(c)(4) of the Bankruptcy Code |
| ALLY FINANCIAL, AMERICREDIT FINANCIAL SERVICES, INC., DIRECTV, LLC, BY AMERICAN INFOSOURCE LP AS AGENT, DUQUESNE LIGHT COMPANY, ECMC, LVNV FUNDING, LLC, ITS SUCCESSORS AND ASSIGNEES AS ASSIGNEE OF FNBM, LLC, MARKONE FINANCIAL, NATIONSTAR MORTGAGE LLC PENN HILLS SCHOOL DISTRICT, PEOPLES NATURAL GAS COMPANY, PHFA/HEMAP, PORTFOLIO RECOVERY ASSOCIATES, LLC, REGIONAL ACCEPTANCE CORPORATION, SPRINT CORP. and WILKINSBURG-PENN JOINT WATER AUTHORITY, *Respondents* | |

## ORDER OF COURT

AND NOW, this 15th Day of December, 2017 ___,

upon consideration of the within Motion, it is hereby ORDERED, ADJUDGED and DECREED, that the automatic stay in this case is re-imposed as to all named Respondents and will continue until further order of court.

Prepared by: Michael S. Geisler, Esq.

**DEFAULT ENTRY**

Dated: December 15, 2017

Gregory J. Taddonio    drb
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 17-23999-GLT
Edward Peterson                                                                 Chapter 13
Zepher R. Stroud
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dkam              Page 1 of 2           Date Rcvd: Dec 15, 2017
                              Form ID: pdf900         Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 17, 2017.
db/jdb         +Edward Peterson,    Zepher R. Stroud,    435 MacFarlane Drive,    Pittsburgh, PA 15235-4217
cr             +Americredit Financial Services, Inc. A/C dba GM Fi,    P O BOX 183853,
                 Arlington, TX 76096-3853
cr             +Penn Hills School District,    c/o Maiello Brungo & Maiello, LLP,    100 Purity Road,   Suite 3,
                 Pittsburgh, PA 15235-4441
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14741533      ++AMERICREDIT FINANCIAL SERVICES DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court:   AmeriCredit Financial Services, Inc.,    A/C dba GM Financial,
                 P O Box 183853,    Arlington, TX 76096)
14704963       Duquesne Light Company,    c/o Peter J. Ashcroft, Esquire,    Bernstein-Burkley, P.C.,
                 Suite 2200, Gulf Tower,    Pittsburgh, PA 15219-1900
14704964       ECMC,   P.O. Box 16408,    Saint Paul, MN 55116-0408
14704965      +James A. Prostko, Esquire,    Phelan, Hallinan, Diamond & Jones, LLP,
                 Omni William Penn Office Tower,    555 Grant Street, Suite 300,   Pittsburgh, PA 15219-4408
14704966      +Joseph P. Schalk, Esquire,    Phelan, Hallinan, Diamond & Jones, LLP,
                 Omni William Penn Office Tower,    555 Grant Street, Suite 300,   Pittsburgh, PA 15219-4408
14741401      +Nationstar Mortgage LLC d/b/a Mr. Cooper,    P.O. Box 619096,    Dallas, TX 75261-9096
14704969      +Penn Hills SD/ Mun. of Penn Hills,    c/o Maiello, Brungo & Maiello, LLP,
                 100 Purity Road, Suite 3,    Pittsburgh, PA 15235-4441
14704970       Peoples Natural Gas Company,    P.O. Box 535323,    Pittsburgh, PA 15253-5323
14719576      +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 North Lincoln Avenue,
                 Pittsburgh, PA 15233-1828
14704974       S. James Wallace, Esquire,    845 N. Lincoln Avenue,    Pittsburgh, PA 15233-1828
14704976      +Wells Fargo Bank, N.A.,    Customer Service Correspondence,    PO Box 10335,   MAC: X2302-017,
                 Des Moines, IA 50306-0335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14704961      +E-mail/Text: ally@ebn.phinsolutions.com Dec 16 2017 00:50:33      Ally Financial,   P.O. Box 951,
                 Horsham, PA 19044-0951
14704967       E-mail/PDF: resurgentbknotifications@resurgent.com Dec 16 2017 00:49:07
                 LVNV Funding, LLC, its successors and,    assignees as assignee of FNBM, LLC,
                 c/o Resurgent Capital Services,    P.O. Box 10587,   Greenville, SC 29603-0587
14704968       E-mail/Text: musaauto_bknotice@musaauto.com Dec 16 2017 00:51:12      MarkOne Financial,
                 P.O. Box 550870,    Jacksonville, FL 32255-0870
14704971       E-mail/Text: blegal@phfa.org Dec 16 2017 00:51:09      PHFA/HEMAP,   211 North Front Street,
                 P.O. Box 8029,    Harrisburg, PA 17105
14704972       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 16 2017 00:59:24
                 Portfolio Recovery Associates, LLC,    P.O. Box 12914,   Norfolk, VA 23541
14704973       E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Dec 16 2017 00:48:50      Regional Acceptance Corporation,
                 P.O. Box 1847,    Wilson, NC 27894-1847
14704975       E-mail/Text: appebnmailbox@sprint.com Dec 16 2017 00:51:02      Sprint Corp.,
                 Attn: Bankruptcy Dept.,    P.O. Box 7949,   Overland Park, KS 66207-7949
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              Nationstar Mortgage LLC d/b/a Mr.Cooper
14719222*     ++AMERICREDIT FINANCIAL SERVICES DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court:   AmeriCredit Financial Services, Inc.,    dba GM Financial,
                 P O Box 183853,    Arlington, TX 76096)
14704962*     ++AMERICREDIT FINANCIAL SERVICES DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court:   Americredit Financial Services, Inc.,    P.O. Box 183853,
                 Arlington, TX 76096)
14724132*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court:   Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541)
                                                                                   TOTALS: 2, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-2              User: dkam                 Page 2 of 2                 Date Rcvd: Dec 15, 2017
                                  Form ID: pdf900            Total Noticed: 22
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 15, 2017 at the address(es) listed below:
              Allison L. Carr    on behalf of Creditor   Duquesne Light Company acarr@bernsteinlaw.com,
               acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com
              James   Warmbrodt    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr.Cooper
               bkgroup@kmllawgroup.com
              Jennifer L. Cerce    on behalf of Creditor   Penn Hills School District jlc@mbm-law.net
              Michael S. Geisler    on behalf of Debtor Edward  Peterson m.s.geisler@att.net,
               msgeis@yahoo.com;michaelgeisler13@gmail.com
              Michael S. Geisler    on behalf of Joint Debtor Zepher R. Stroud m.s.geisler@att.net,
               msgeis@yahoo.com;michaelgeisler13@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 8
```