**Form RSC13**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 17−23999−GLT**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

Edward Peterson  
435 MacFarlane Drive  
Pittsburgh, PA 15235

Zepher R. Stroud  
435 MacFarlane Drive  
Pittsburgh, PA 15235

Social Security No.:  
xxx−xx−5954

xxx−xx−0416

Employer's Tax I.D. No.:

NAME/ADDRESS OF ATTORNEY FOR DEBTOR  
Michael S. Geisler  
201 Penn Center Blvd., Suite 524  
Pittsburgh, PA 15235  
Telephone number: 412−613−2133

NAME/ADDRESS OF TRUSTEE  
Ronda J. Winnecour  
Suite 3250, USX Tower  
600 Grant Street  
Pittsburgh, PA 15219  
Telephone number: 412−471−5566

DATE/TIME/LOCATION OF MEETING OF CREDITORS  
February 26, 2018  
11:00 AM  
3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219

CONFIRMATION HEARING DATE/TIME/LOC  
February 26, 2018  
11:00 AM  
3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219

**ON AFFIDAVIT OF DEFAULT BY CHAPTER 13 TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 1/26/18

BY THE COURT

Gregory L. Taddonio  
Judge

```
                                United States Bankruptcy Court
                               Western District of Pennsylvania
In re:                                                                  Case No. 17-23999-GLT
Edward Peterson                                                         Chapter 13
Zepher R. Stroud
        Debtors                     CERTIFICATE OF NOTICE
District/off: 0315-2           User: lkat                   Page 1 of 2                  Date Rcvd: Jan 26, 2018
                               Form ID: rsc13               Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 28, 2018.
db/jdb         +Edward Peterson,    Zepher R. Stroud,    435 MacFarlane Drive,    Pittsburgh, PA 15235-4217
cr             +Americredit Financial Services, Inc. A/C dba GM Fi,     P O BOX 183853,
                 Arlington, TX 76096-3853
cr             +Penn Hills School District,    c/o Maiello Brungo & Maiello, LLP,    100 Purity Road,    Suite 3,
                 Pittsburgh, PA 15235-4441
cr             +Peoples Natural Gas Company LLC,     c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14741533      ++AMERICREDIT FINANCIAL SERVICES DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court: AmeriCredit Financial Services, Inc.,     A/C dba GM Financial,
                 P O Box 183853,    Arlington, TX 76096)
14704963       Duquesne Light Company,    c/o Peter J. Ashcroft, Esquire,    Bernstein-Burkley, P.C.,
                 Suite 2200, Gulf Tower,    Pittsburgh, PA 15219-1900
14704964       ECMC,   P.O. Box 16408,    Saint Paul, MN 55116-0408
14704965      +James A. Prostko, Esquire,    Phelan, Hallinan, Diamond & Jones, LLP,
                 Omni William Penn Office Tower,    555 Grant Street, Suite 300,    Pittsburgh, PA 15219-4408
14704966      +Joseph P. Schalk, Esquire,    Phelan, Hallinan, Diamond & Jones, LLP,
                 Omni William Penn Office Tower,    555 Grant Street, Suite 300,    Pittsburgh, PA 15219-4408
14741401      +Nationstar Mortgage LLC d/b/a Mr. Cooper,    P.O. Box 619096,    Dallas, TX 75261-9096
14704969      +Penn Hills SD/ Mun. of Penn Hills,    c/o Maiello, Brungo & Maiello, LLP,
                 100 Purity Road, Suite 3,    Pittsburgh, PA 15235-4441
14704970       Peoples Natural Gas Company,    P.O. Box 535323,    Pittsburgh, PA 15253-5323
14719576      +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 North Lincoln Avenue,
                 Pittsburgh, PA 15233-1828
14704974       S. James Wallace, Esquire,    845 N. Lincoln Avenue,    Pittsburgh, PA 15233-1828
14704976      +Wells Fargo Bank, N.A.,    Customer Service Correspondence,    PO Box 10335,    MAC: X2302-017,
                 Des Moines, IA 50306-0335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 27 2018 02:10:00      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA   17128-0946
14704961      +E-mail/Text: ally@ebn.phinsolutions.com Jan 27 2018 02:09:21      Ally Financial,    P.O. Box 951,
                 Horsham, PA 19044-0951
14704967       E-mail/PDF: resurgentbknotifications@resurgent.com Jan 27 2018 02:25:05
                 LVNV Funding, LLC, its successors and,    assignees as assignee of FNBM, LLC,
                 c/o Resurgent Capital Services,    P.O. Box 10587,    Greenville, SC 29603-0587
14704968       E-mail/Text: musaauto_bknotice@musaauto.com Jan 27 2018 02:10:33      MarkOne Financial,
                 P.O. Box 550870,    Jacksonville, FL 32255-0870
14704971       E-mail/Text: blegal@phfa.org Jan 27 2018 02:10:24      PHFA/HEMAP,    211 North Front Street,
                 P.O. Box 8029,    Harrisburg, PA 17105
14704972       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 27 2018 02:24:33
                 Portfolio Recovery Associates, LLC,    P.O. Box 12914,   Norfolk, VA 23541
14747775      +E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 27 2018 02:10:48      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,   Saint Cloud Mn 56302-7999
14704973       E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Jan 27 2018 02:24:22      Regional Acceptance Corporation,
                 P.O. Box 1847,    Wilson, NC 27894-1847
14704975       E-mail/Text: appebnmailbox@sprint.com Jan 27 2018 02:10:13      Sprint Corp.,
                 Attn: Bankruptcy Dept.,    P.O. Box 7949,   Overland Park, KS 66207-7949
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              Nationstar Mortgage LLC d/b/a Mr.Cooper
14719222*     ++AMERICREDIT FINANCIAL SERVICES DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court: AmeriCredit Financial Services, Inc.,     dba GM Financial,
                 P O Box 183853,    Arlington, TX 76096)
14704962*     ++AMERICREDIT FINANCIAL SERVICES DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court: Americredit Financial Services, Inc.,     P.O. Box 183853,
                 Arlington, TX 76096)
14724132*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,     POB 12914,   Norfolk VA 23541)
                                                                                   TOTALS: 2, * 3, ## 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0315-2          User: lkat              Page 2 of 2              Date Rcvd: Jan 26, 2018
                              Form ID: rsc13          Total Noticed: 24
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2018 at the address(es) listed below:

```
              Allison L. Carr    on behalf of Creditor    Duquesne Light Company acarr@bernsteinlaw.com,
               acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com
              James  Warmbrodt     on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr.Cooper
               bkgroup@kmllawgroup.com
              Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District jlc@mbm-law.net
              Michael S. Geisler    on behalf of Debtor Edward  Peterson m.s.geisler@att.net,
               msgeis@yahoo.com;michaelgeisler13@gmail.com
              Michael S. Geisler    on behalf of Joint Debtor Zepher R. Stroud m.s.geisler@att.net,
               msgeis@yahoo.com;michaelgeisler13@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 8
```