MINUTES OF CHAPTER 13 § 341 MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: __Peterson_____ JAD/TPA/CMB/(GLT)

Case Number: __17-23999__

Date of Meeting: __2/26/18__                           Recording # _____

Debtor(s) present ___ or Not Present _✓_ (__No Payments Made or _✓_partial payments)

Attorney for debtor(s) __Geisler_____ (Present _✓_ or Not Present ___)

Date of Plan at § 341: _____ Applicable commitment period ___3 yrs ___5 yrs

3rd missed hearing

(wife very ill)

_____ Meeting HELD and CONCLUDED
_____ Meeting HELD but CONTINUED (not closed)
__✓__ Meeting NOT HELD              __✓__ Order to Show Cause Requested
                                    _____ To be rescheduled by Clerk

_____ Confirmation Order recommended _____ Final _____ Interim
_____ Amended Plan due: _____ ; Objections due: _____

_____ Trustee recommends dismissal of the case (Debtor consents)
_____ Trustee recommends dismissal of the case (Debtor does not consent)*
_____ Trustee recommends dismissal of the case (Debtor has no defense)
_____ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
_____ Continued to:
        _____ 341 Meeting    OR _____ Conciliation Conf. OR ___ *Contested Hearing
        On _____ at _____ am/pm Location _____

                                                      _____
                                                      Chapter 13 Trustee/Attorney for Trustee

FILED 2018 MAR -2 A 9:20 CLERK U.S. BANKRUPTCY COURT PITTSBURGH