**Form 203**

**UNITED STATES BANKRUPTCY COURT**  42
**WESTERN DISTRICT OF PENNSYLVANIA**  dbas

In re:

Bankruptcy Case No.: 17–23999–GLT
Issued Per 2/26/2018 Proceeding
Chapter: 13

**Edward Peterson**
Debtor(s)

Zepher R. Stroud

### ORDER DIRECTING DEBTOR(S) FILE NOTARIZED AFFIDAVIT
### AND RULE TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED

**AND NOW,** this The 5th of March, 2018, the Debtor(s) having failed to:

- ☑ Attend §341 Meeting of Creditors
- ☑ Attend Chapter 13 Plan Confirmation Hearing
- ☑ Commence Chapter 13 Plan Payments
- ☑ Make Regular Plan Payments
- ☑ Documentary proof that at least one full plan payment has been submitted to the Trustee since the 2/26/2018 341 meeting of creditors.

**IT IS HEREBY ORDERED** that each Debtor shall file a notarized affidavit by **3/20/2018** explaining the failure to comply with the bankruptcy requirements checked above.

The affidavit shall include:
(a) each Debtor's current mailing address;
(b) a request by each Debtor to reschedule the §341 meeting and/or plan confirmation hearing (as applicable); and
(c) a statement of intention by each Debtor to attend the next scheduled §341 and/or plan confirmation hearing.

**IT IS FURTHER ORDERED** that if the failure to comply checked above includes lack of plan payments, the Debtor shall also attach documentary proof (i.e., a copy of the money order or cashier's check) of submission of at least one full plan payment to the Chapter 13 Trustee's lock box bank account.

**IT IS FURTHER ORDERED** that failure to comply with this order shall result in an order dismissing this case, for cause, without prejudice, under 11 U.S.C. §109(g)(1), without further notice or hearing.

Gregory L. Taddonio
Judge

cm: Debtor, Counsel, Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 17-23999-GLT
Edward Peterson                                                       Chapter 13
Zepher R. Stroud
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: dbas              Page 1 of 1              Date Rcvd: Mar 05, 2018
                             Form ID: 203            Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 07, 2018.
db/jdb         +Edward Peterson,    Zepher R. Stroud,    435 MacFarlane Drive,    Pittsburgh, PA 15235-4217

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 5, 2018 at the address(es) listed below:
          Allison L. Carr    on behalf of Creditor    Duquesne Light Company acarr@bernsteinlaw.com,
           acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com
          James  Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr.Cooper
           bkgroup@kmllawgroup.com
          Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District jlc@mbm-law.net
          Michael S. Geisler    on behalf of Joint Debtor Zepher R. Stroud m.s.geisler@att.net,
           msgeis@yahoo.com;michaelgeisler13@gmail.com
          Michael S. Geisler    on behalf of Debtor Edward  Peterson m.s.geisler@att.net,
           msgeis@yahoo.com;michaelgeisler13@gmail.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 8