Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Edward Peterson** | : | Case No. 17−23999−GLT |
| **Zepher R. Stroud** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | Related to Docket 42 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 23rd of March, 2018,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 17-23999-GLT
Edward Peterson                                                        Chapter 13
Zepher R. Stroud
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dbas             Page 1 of 2             Date Rcvd: Mar 23, 2018
                              Form ID: 309           Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 25, 2018.
```
db/jdb         +Edward Peterson,    Zepher R. Stroud,    435 MacFarlane Drive,    Pittsburgh, PA 15235-4217
cr             +Americredit Financial Services, Inc. A/C dba GM Fi,     P O BOX 183853,
                 Arlington, TX 76096-3853
cr             +Penn Hills School District,    c/o Maiello Brungo & Maiello, LLP,    100 Purity Road,   Suite 3,
                 Pittsburgh, PA 15235-4441
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14704963        Duquesne Light Company,    c/o Peter J. Ashcroft, Esquire,    Bernstein-Burkley, P.C.,
                 Suite 2200, Gulf Tower,    Pittsburgh, PA 15219-1900
14704965       +James A. Prostko, Esquire,    Phelan, Hallinan, Diamond & Jones, LLP,
                 Omni William Penn Office Tower,    555 Grant Street, Suite 300,    Pittsburgh, PA 15219-4408
14704966       +Joseph P. Schalk, Esquire,    Phelan, Hallinan, Diamond & Jones, LLP,
                 Omni William Penn Office Tower,    555 Grant Street, Suite 300,    Pittsburgh, PA 15219-4408
14741401       +Nationstar Mortgage LLC d/b/a Mr. Cooper,    P.O. Box 619096,    Dallas, TX 75261-9096
14704969       +Penn Hills SD/ Mun. of Penn Hills,    c/o Maiello, Brungo & Maiello, LLP,
                 100 Purity Road, Suite 3,    Pittsburgh, PA 15235-4441
14704970        Peoples Natural Gas Company,    P.O. Box 535323,    Pittsburgh, PA 15253-5323
14719576       +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 North Lincoln Avenue,
                 Pittsburgh, PA 15233-1828
14704974        S. James Wallace, Esquire,    845 N. Lincoln Avenue,    Pittsburgh, PA 15233-1828
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14719222        EDI: PHINAMERI.COM Mar 24 2018 05:28:00      AmeriCredit Financial Services, Inc.,
                 dba GM Financial,    P O Box 183853,    Arlington, TX 76096
14704962        EDI: PHINAMERI.COM Mar 24 2018 05:28:00      Americredit Financial Services, Inc.,
                 P.O. Box 183853,    Arlington, TX 76096
14741533        EDI: PHINAMERI.COM Mar 24 2018 05:28:00      AmeriCredit Financial Services, Inc.,
                 A/C dba GM Financial,    P O Box 183853,    Arlington, TX 76096
14704961       +EDI: GMACFS.COM Mar 24 2018 05:28:00      Ally Financial,    P.O. Box 951,
                 Horsham, PA 19044-0951
14783924       +E-mail/Text: kburkley@bernsteinlaw.com Mar 24 2018 01:28:41      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant St., Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
14704964        EDI: ECMC.COM Mar 24 2018 05:28:00      ECMC,    P.O. Box 16408,    Saint Paul, MN 55116-0408
14704967        EDI: RESURGENT.COM Mar 24 2018 05:28:00      LVNV Funding, LLC, its successors and,
                 assignees as assignee of FNBM, LLC,    c/o Resurgent Capital Services,    P.O. Box 10587,
                 Greenville, SC 29603-0587
14704968        E-mail/Text: musaauto_bknotice@musaauto.com Mar 24 2018 01:28:20      MarkOne Financial,
                 P.O. Box 550870,    Jacksonville, FL 32255-0870
14704971        E-mail/Text: blegal@phfa.org Mar 24 2018 01:28:14      PHFA/HEMAP,    211 North Front Street,
                 P.O. Box 8029,    Harrisburg, PA 17105
14704972        EDI: PRA.COM Mar 24 2018 05:28:00      Portfolio Recovery Associates, LLC,    P.O. Box 12914,
                 Norfolk, VA 23541
14747775       +EDI: JEFFERSONCAP.COM Mar 24 2018 05:28:00      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
14704973        E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Mar 24 2018 01:33:54      Regional Acceptance Corporation,
                 P.O. Box 1847,    Wilson, NC 27894-1847
14704975        EDI: NEXTEL.COM Mar 24 2018 05:28:00      Sprint Corp.,    Attn: Bankruptcy Dept.,
                 P.O. Box 7949,    Overland Park, KS 66207-7949
14704976       +EDI: WFFC.COM Mar 24 2018 05:28:00      Wells Fargo Bank, N.A.,
                 Customer Service Correspondence,    PO Box 10335,    MAC: X2302-017,    Des Moines, IA 50306-0335
                                                                                                TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              Nationstar Mortgage LLC d/b/a Mr.Cooper
14792167*      ++PENNSYLVANIA HOUSING FINANCE AGENCY,    211 NORTH FRONT STREET,    HARRISBURG PA 17101-1406
               (address filed with court: PHFA/HEMAP,     211 NORTH FRONT ST,    PO BOX 8029,
                 HARRISBURG, PA 17105)
14724132*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,      POB 12914,   Norfolk VA 23541)
                                                                                   TOTALS: 2, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-2          User: dbas              Page 2 of 2              Date Rcvd: Mar 23, 2018
                              Form ID: 309            Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 23, 2018 at the address(es) listed below:
              Allison L. Carr     on behalf of Creditor    Duquesne Light Company acarr@bernsteinlaw.com,
               acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com
              James  Warmbrodt     on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr.Cooper
               bkgroup@kmllawgroup.com
              Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District jlc@mbm-law.net
              Michael S. Geisler    on behalf of Debtor Edward  Peterson m.s.geisler@att.net,
               msgeis@yahoo.com;michaelgeisler13@gmail.com
              Michael S. Geisler    on behalf of Joint Debtor Zepher R. Stroud m.s.geisler@att.net,
               msgeis@yahoo.com;michaelgeisler13@gmail.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              S. James Wallace     on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 8
```